# United States Court of Appeals for the Federal Circuit

March 15, 2023

**ERRATA**

Appeal No. 2022-1249

**APPLE INC., CISCO SYSTEMS, INC., GOOGLE LLC, INTEL CORPORATION, EDWARDS LIFESCI-ENCES CORPORATION, EDWARDS LIFESCI-ENCES LLC,**
*Plaintiffs-Appellants*

**v.**

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PA-TENT AND TRADEMARK OFFICE,**
*Defendant-Appellee*

Decided: March 13, 2023
Precedential Opinion

Please make the following change:

On page 19, line 3, change "§ 116" to "§ 316"